[No. 45083-6-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DAVID CHARLES RHOADES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00076-2, James W. Lawler, J., entered July 10, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 45174-3-II.   Division Two.   February 3, 2015.]

CHRISTOPHER BOYD, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-07223-5, Susan Serko, J., entered July 3, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J. Now published at 187 Wn. App. 1.

[No. 45236-7-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER TUGGLES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00737-7, Gary R. Tabor, J., entered August 15, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.

[No. 45258-8-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00973-1, John F. Nichols, J., entered August 14, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.